RECEIVED
IN LAKE CHARLES, LA
DEC 0 2 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 15-CR-00196 |
| --- | --- | --- |
| | * | |
| VERSUS | * | JUDGE MINALDI |
| | * | |
| FRANCISCO HERNANDEZ-URTUSOASTIGUI | * | MAGISTRATE JUDGE KAY |
| | * | |

## STIPULATED FACTS

The United States of America through the undersigned Assistant United States Attorney, the defendant, FRANCISCO HERNANDEZ-URTUSOASTIGUI, and undersigned defense counsel, who, for the purpose of satisfying the requirements of Federal Rule of Criminal Procedure 11(b)(3), do stipulate as follows:

On July 28, 2015 the Lake Charles Police Department stopped Francisco Hernandez-Urtusoastigui for swerving and driving with a broken tail light. Hernandez was not in possession of a valid driver's license. Hernandez admitted to being in the United States illegally and he was not in possession of any immigration documents that would allow him to be in the United States legally. The defendant was taken into custody by Lake Charles Border Patrol. The defendant stated that he crossed into the United States illegally, on June 1, 2015 by swimming across the Rio Grande.

A review of the defendant's A-file reflects that he has been deported at least five times and he has a previous federal conviction from 2009 for illegal re-entry as well as a conviction from 2012 for Aiding and Abetting in Possession with the Intent

to Distribute Marijuana.

ACKNOWLEDGMENTS:

I have read this Stipulated Factual Basis and have carefully reviewed every part of it with my counsel. I fully understand it, and I voluntarily admit to the facts contained therein.

Dated: 12/2/2015                        *FRANCISCO*
                                        FRANCISCO HERNANDEZ-
                                        URTUSOASTIGUI

12/2/2015 Interpreter Sylvia C. Castiano

I am the Defendant's counsel. I have carefully reviewed every part of this Stipulated Factual Basis with the defendant. To my knowledge, my client's decision to admit to the facts of this Stipulated Factual Basis is an informed and voluntary one.

12/2/15                                 Joseph R. Staunton FPM
Date                                    DUSTIN C. TALBOT
                                        Assistant Federal Public Defender
                                        102 Versailles Blvd, Suite 816
                                        Lafayette, LA 70501
                                        Telephone: 337-262-6336


                                        STEPHANIE A. FINLEY
                                        United States Attorney


12/2/15
Date                                    ROBERT F. MOORE, LA Bar: 31884
                                        Assistant United States Attorney
                                        800 Lafayette Street, Suite 2200
                                        Lafayette, LA 70501
                                        Telephone: 337-262-6618